IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No: C

Daniel Scott Brown - #158025

_____/

**ORDER TO SHOW CAUSE**

It appearing that Daniel Scott Brown has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that pursuant to this provision, he may not practice law in the State of California effective May 29, 2009,

**IT IS SO ORDERED**

That respondent show cause in writing on or before August 11, 2009 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Daniel Scott Brown
Law Office of Daniel Brown
131 Lawnview Circle
Danville, CA 94526